

# NUMBER 13-10-00642-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE TEXAS GULF TRAWLING, INC., MARINE RAILWAY, INC. ZIMCO MARINE, INC., TEXGULMARCO COMPANY, INC., WALTER ZIMMERMAN, AND HARLEY DALE LONDRIE

## On Petition for Writ of Mandamus.

# MEMORANDUM OPINION

### Before Justices Yañez, Garza, and Benavides
### Memorandum Opinion Per Curiam

Relators, Texas Gulf Trawling, Inc., Marine Railway, Inc., Zimco Marine, Inc., Texgulmarco Company, Inc., Walter Zimmerman, and Harley Dale Londrie, have filed a petition for writ of mandamus alleging that the Honorable Don Wittig, Visiting Judge of the 103rd Judicial District of Cameron County, Texas, abused his discretion by entering a Docket Control Order setting the underlying matter for trial. Relators ask that we vacate the Docket Control Order and abate the underlying matter during the pendency of an

appeal filed by relators.   We dismissed that appeal for want of jurisdiction on November 18, 2010.   *Tex. Gulf Trawling v. RCA Trawlers & Supply, Inc.*, No. 13-10-00155-CV, 2010 Tex. App. LEXIS 9173, at *1-2 (Tex. App–Corpus Christi Nov. 18, 2010, orig. proceeding) (mem. op.).

Having reviewed and fully considered relators' petition, this Court is of the opinion that relators have not shown themselves entitled to the relief requested and that the petition should be denied.   Accordingly, relators' petition for writ of mandamus is DENIED.

PER CURIAM

Delivered and filed the
23rd day of November, 2010.

2